Fill in this information to identify your case:

Debtor 1    shelia    M.    Robinson
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known)

Official Form 103A

# Application for Individuals to Pay the Filing Fee in

Be as complete and accurate as possible. If two married people are filing together, both are equally r
information.

**Part 1:    Specify Your Proposed Payment Timetable**

1. Which chapter of the Bankruptcy Code are you choosing to file under?

   ☑ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☐ Chapter 13

2. You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

   You propose to pay…

   $ _____135.00_____    ☑ With the filing of the petition
                              ☐ On or before this da

   $ _____100.00_____    On or before this date.

   $ _____100.00_____    On or before this date.

   + $ _____    On or before this date.

   Total    $ _____335.00_____    ◀ Your total must equa